COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ted B. Lyon III v. Building Galveston, Inc.

Appellate case number:     01-19-00571-CV

Trial court case number:    10-CV-2353

Trial court:                        405th District Court of Galveston County

Ted B. Lyon III filed a notice of appeal of the trial court's final judgment after remand, signed on May 8, 2019. *See* TEX. R. APP. P. 25.1(a), 26.1. Building Galveston, Inc. then filed its notice of appeal. *See id.* 25.1(a), 26.1(d). Lyon has filed an unopposed motion for an extension of time to October 8, 2019, to file his appellant's brief and to permit Building Galveston "to brief its cross-appeal with its appellee's brief."

We **deny** the request to brief the "cross-appeal with [the] appellee's brief" and **grant** the request for an extension of time to file appellant's brief. The appeal will proceed under the applicable Texas Rules of Appellate Procedure. Accordingly, Lyon's appellant's brief and Building Galveston's appellant's brief are due on October 8, 2019. *See* TEX. R. APP. P. 9.4(i), 38.6(a), (d). Any appellee's brief will be due within 30 days of the filing of an appellant's brief. *See id.* 9.4(i), 38.6(b); *see also* 38.6(d). And the parties may file any reply briefs in accordance with Texas Rules of Appellate Procedure 9.4(i)(C) and 38.6(c).

It is so ORDERED.

Judge's signature:  ___/s/ Russell Lloyd_____
                                ☑ Acting individually    ☐ Acting for the Court


Date:  ___August 29, 2019_

1